# *United States District Court*

## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | |
| JOSEPH IRWIN WESTERLUND | CASE NUMBER: *2,14mj73 -WC* |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __May 29, 2014__ in __Montgomery__ county, in the **Middle** District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, USC, Section 841(a)(1); did knowingly and intentionally use a communication facility, to-wit: the mail, in committing, causing, and facilitating the commission of an act constituting a felony under a provision of subchapter I of Chapter 13 of the United States Code, to-wit:, possession with intent to distribute methamphetamine, in violation of Title 21, USC, Section 843; did, having been previously convicted in a court of the United States of a crime punishable by a term of imprisonment in excess of one year, knowingly possess a firearm, in and affecting interstate and foreign commerce in violation of Title 18, USC, Section 922(g)(1); and did, during and in relation to, and in furtherance of, a drug trafficking crime, for which he may be prosecuted in a court of the United States, to-wit: possession with intent to distribute methamphetamine, use, carry, and possess a firearm, in violation of Title 18, USC, Section 924(c)(1)

in violation of Title __21 and 18__ United States Code, Section(s) __841(a)(1); 843 and 922(g)(1); 924(c)(1)__.

I further state that I am a(n) **US Postal Inspector** and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**May 30, 2014**                          at   **Montgomery, Alabama**

Date                                         City and State

**Wallace Capel, Jr., U.S. Magistrate Judge**

Name and Title of Judicial Officer            Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**ATTACHMENT 1**

I, Christopher L. Phillips, U.S. Postal Inspector, depose and state:

1.      I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and have been employed in this capacity since April of 2012. I am currently assigned to the Houston Division's Montgomery, AL Domicile. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code ("U.S.C.") Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for crimes furthered through the use of the U.S. Mail or in connection to the U.S. Postal Service ("USPS"), property of the USPS, and other postal offenses, as set forth in 18 U.S.C. § 3061.

2.      I am currently assigned to the Montgomery, AL Miscellaneous Team and am responsible for investigations involving the illegal use of the U.S. Mail in the trafficking of narcotics. As a result, I have conducted various narcotics investigations involving the transportation of controlled substances, as well as, those involving proceeds derived from the distribution of controlled substances via the U.S. Mail, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846, as well as, substances mailed in violation of 18 U.S.C. § 1716. While conducting investigations relative to the mailing of narcotics and currency, I have had the opportunity to become familiar with known trafficking source and destination areas, various smuggling methods and techniques used by traffickers, as well as, the manner in which traffickers package illicit narcotics and related proceeds. This affidavit is submitted in support of a criminal complaint for an arrest warrant for Joseph Irwin Westerlund for violations of Title 18, United States Code, Section 924(c)(1), Possession of a Firearm During a Drug Trafficking Crime and Section 922(g)(1), Felon in Possession; Title 21, United States Code, Section 841, Possession with the Intent to Distribute Controlled Substances; and Section 843, Use of a Communication Facility, i.e., the U.S. Mail, to facilitate possession of controlled substances.

3.      The information contained in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other individuals, including law enforcement officials and postal employees, as well as on my review of records, documents, and other physical evidence obtained. This affidavit only contains information necessary to support probable cause for the issuance of an arrest warrant and is not intended to include every fact observed by your affiant or known to the government.

4.      On January 22, 2014, postal management at the Cloverland Station Post Office contacted Postal Inspectors concerning Priority Mail Express parcel EK 017839292 US/9114 9011 2308 6526 7907 43, addressed to be delivered to 3438 Norman Bridges Rd., Montgomery, AL 36105, a vacant address. On the same date, postal management received a telephone call from someone named "Jason" inquiring about subject Priority Mail Express parcel and expressed interest in retrieving it from the post office. According to postal management, "Jason" visited the post office to retrieve the parcel. "Jason" was denied the parcel because he couldn't prove he was a resident of the address. At the direction of Postal Inspectors, "Jason" was told the parcel had returned to the

processing plant. A short time later, "Jason" and Joseph Westerlund returned to the post office. Westerlund told management that he was the apartment manager, that he lived at 3438 Norman Bridge Road, Montgomery, AL, 36105, and that he was staying there while doing repair work. Westerlund provided postal management with a typed letter stating his employment position and current address, 3438 Norman Bridge Road, Montgomery, AL 36105. Westerlund also provided postal management with identification. Photo copies of all documentation provided by Westerlund were made.

5.       On January 23, 2014, Chief U.S. Magistrate Judge Susan R. Walker signed a search warrant for Priority Mail Express parcel EK 017839292 US/ 9114 9011 2308 6526 7907 43, addressed to Mrs. McCoy, 3438 Norman Bridges Rd., Montgomery, AL 36105, with a return address of: Mr. McCoy, 3117 N. H St., San Bernardino, CA 92405.

6.       On January 23, 2014, Postal Inspector J.D. Tynan and I executed the search warrant on Priority Mail Express parcel EK 017839292 US/ 9114 9011 2308 6526 7907 43, addressed to Mrs. McCoy, 3438 Norman Bridges Rd., Montgomery, AL 36105. Inside the package was one bundle of a green leafy substance weighing approximately 1 pound and .9 ounces, and a crystalline material with an approximate gross weight of 8.1 ounces.

7.       On January 24, 2014, a controlled delivery was attempted at the Cloverland Station Post Office. At approximately 1:00 P.M., at the direction of Postal Inspectors, postal management called "Jason" and informed him the subject parcel was available to be picked up from the Cloverland Station Post Office. The parcel was not retrieved, therefore, the contents were seized.

8.       On January 27, 2014, I sent the subject parcel and contents to the US Postal Inspection Service Forensic Laboratory for chemical and fingerprint testing.

9.       On May 19, 2014, I received the Forensic Laboratory Examination Chemistry Report for the crystalline material and the green leafy substance seized from Priority Mail Express parcel EK 017839292 US/ 9114 9011 2308 6526 7907 43. According to the lab report, the white crystalline material net weight was $221.4 \pm 1.4$ grams. A sample of the material was analyzed and found to contain $91 \pm 5\%$ d-methamphetamine hydrochloride. The lab report noted the net weight of the green brown plant material was $429.6 \pm 1.4$ grams; and a sample of the material was analyzed and found to contain marijuana.

10.      On May 22, 2014, postal management at the Lagoon Station Post Office contacted Postal Inspectors concerning one USPS Priority Mail Express envelope addressed to be delivered to Joe Westerlund, 8404 Melbourne Cir., Montgomery, AL 36117. According to postal management, the owners of the residence at 8404 Melbourne Cir., Montgomery, AL 36117, did not want mail for Joe Westerlund delivered to their address as Westerlund did not live at the address. On the same date, on or around 1:30 P.M., a male claiming to be Joe Westerlund called the Lagoon Park Post Office inquiring about USPS Priority Mail Express envelope 9481 7108 0079 3127 7362 58, the male gave management a contact number of: 601-996-0156.

11.      After conducting additional research, Postal Inspectors searched the United States Postal Service's databases and located an "Official Mail Forwarding Change of Address Order" for a Joseph Westerlund. The order, which was created on April 24, 2014, lists Westerlund's old address

as, 8404 Melbourne Cir., Montgomery, AL 36117, and his new address as, 3438 Norman Bridge Rd., Montgomery, AL 36105.

12.     On May 23, 2014, at or around 10:30 A.M., a male claiming to be Mr. Joe Westerlund visited the Lagoon Park Post Office and inquired about USPS Priority Mail Express envelope 9481 7108 0079 3127 7362 58; postal management informed the male he would be contacted when his parcel was located. The male subject left the following contact number, 334-328-4611.

13.     On May 24, 2014, at or around 11:00 A.M., an unidentified male called the Lagoon Park Post Office, spoke to management and inquired about USPS Priority Mail Express envelope 9481 7108 0079 3127 7362 58.

14.     On May 27, 2014, at or around 9:30 A.M., a male claiming to be Joe Westerlund called the Lagoon Park Post Office, spoke to management and inquired about USPS Priority Mail Express envelope 9481 7108 0079 3127 7362 58.

15.     On May 28, 2014, U.S. Magistrate Judge Wallace Capel, Jr., signed a search warrant for Priority Mail Express envelope 9481 7102 0079 3127 7362 58, addressed to Joe Westerlund, 8404 Melbourne Cir., Montgomery, AL, 36117.

16.     On May 28, 2014, Postal Inspectors J. D. Tynan, J. B. Wilson and I executed the search warrant on Priority Mail Express envelope 9481 7102 0079 3127 7362 58, addressed to Joe Westerlund, 8404 Melbourne Cir., Montgomery, AL, 36117. Inside the envelope was a crystal like substance with a gross weight of 1.1 ounces. The substance field tested positive for methamphetamine.

17.     On May 28, 2014, at or around 11:35 A.M., the alleged sender of Priority Mail Express envelope 9481 7102 0079 3127 7362 58, called the Lagoon Park Station Post Office and spoke to postal management. According to management, the unidentified male seemed upset and wanted the enveloped delivered to the post office so someone could retrieve it. At approximately 1:50 P.M., a male, claiming to be Joe Westerlund's brother, called the Lagoon Park Station Post Office and inquired about Priority Mail Express envelope 9481 7102 0079 3127 7362 58.

18.     On May 29, 2014, at or around 9:45 A.M., at the direction of Postal Inspectors, postal management at the Lagoon Park Station Post Office called Joseph Westerlund and updated him on the status of his package.

19.     On May 29, 2014, Postal Inspectors and local law enforcement conducted a controlled delivery at the Lagoon Park Station Post Office. At approximately 2:00 P.M., postal management called Westerlund and told him his package was available for pick up. At approximately 2:50 P.M., Joseph Westerlund came to the post office and signed for Priority Mail Express envelope 9481 7102 0079 3127 7362 58. When he exited the post office, Westerlund was taken into custody by law enforcement. A search of Westerlund's vehicle uncovered a 9mm Sig Arms loaded firearm. It has also been determined that Westerlund has a prior felony conviction for Possession with Intent to Sell Marijuana from the state of California.

20.     Based on the facts set forth in this affidavit, and based on my training and experience, there is probable cause to arrest Joseph Irwin Westerlund for being a felon in possession of a firearm during a drug trafficking crime, for possession with intent to distribute a controlled substance, namely 250 grams or more of a mixture and substance containing methamphetamine, and for his use of the U.S. Mail to facilitate his narcotics possession.  As a result, your affiant respectfully requests the issuance by the court of an arrest warrant for Joseph Irwin Westerlund for violations of 18 U.S.C §§ 922(g)(1) and 924(c), as well as, 21 U.S.C. §§ 841(a)(1) and 843( ).

Christopher L. Phillips
U.S. Postal Inspector

Sworn to and subscribed before me this
30th day of May, 2014, in
Montgomery, AL

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE