IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:14cr407-MHT |
| ) | (WO) |
| JOSEPH IRWIN WESTERLUND    ) | |

AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the United States of America gave notice to defendant Joseph Irwin Westerlund in the Superseding Indictment that it would seek the forfeiture of all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A); and

WHEREAS, defendant Joseph Irwin Westerlund consents to the forfeiture of specific property;

IT IS HEREBY ORDERED THAT the government's motion for an amended preliminary order of forfeiture (doc. no. 93) is granted as follows:

1) As a result of the guilty plea on Counts 1 and 4 of the Superseding Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A).

2) The Court has determined that the following property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); that the defendant has an interest in such property; and, that the United States has established the

requisite nexus between such property and such offense: a Sig Sauer, model P938, .38 caliber pistol, bearing serial number 2A055022.

3) The United States Attorney General (or designee) seized the above-listed property pursuant to an Order in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

4) Notice of this forfeiture was posted on an official government internet site.  Notice of this forfeiture was personally served upon Rikki P. Battersby.

5) On December 10, 2014, Battersby filed a petition of ownership to adjudicate the validity of her interest in certain property, and for an amendment of the order of forfeiture pursuant to 28 U.S.C. § 2461(c) which incorporates 21 U.S.C. § 853(n)(6).

6) On December 30, 2014, the United States filed its response to Battersby's petition therein agreeing

to return the firearm to Battersby after the defendant's sentencing hearing.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

DONE, this the 24th day of March, 2015.

                                 ___/s/ Myron H. Thompson____
                                 UNITED STATES DISTRICT JUDGE