**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL CASE NO.** |
| **v.** | ) | **2:14cr407-MHT** |
| | ) | **(WO)** |
| **JOSEPH IRWIN WESTERLUND** | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on November 19, 2014, this Court entered a Preliminary Order of Forfeiture (doc. no. 68), forfeiting the following property to the United States: a Sig Sauer, model P938, .38 caliber pistol, bearing serial number 52A055022.

**WHEREAS**, on March 24, 2015, this Court entered an Amended Preliminary Order of Forfeiture (doc. no. 97), ordering return of the firearm to Battersby after the defendant's sentencing hearing.

**IT IS HEREBY ORDERED THAT** the government's motion for a Final Order of Forfeiture (doc. no. 98) is granted as follows:

1.      The Sig Sauer, model P938, .38 caliber pistol, bearing serial number 52A055022, shall be returned to Rikki Battersby through the United States Marshals Service, Middle District of Alabama, Montgomery, Alabama.

2.      The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED, this the 27th day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE