IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:14cr407-MHT** |
| | ) | **(WO)** |
| **JOSEPH IRWIN WESTERLUND** | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered April 19, 2016, and after an independent and de novo review of the record, it is ORDERED that defendant Joseph Irwin Westerlund's motion for sentence reduction (doc. no. 102) is denied.  Defendant Westerlund is ineligible for a sentence reduction because he received the mandatory

minimum sentence and did not receive a departure for substantial assistance; the court is not authorized to reduce his sentence further.

DONE, this the 19th day of April, 2016.

                                                              ___/s/ Myron H. Thompson____
                                                              UNITED STATES DISTRICT JUDGE